UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

FILED
U.S. District Court
District of Kansas

AUG 2 4 2011

Clerk, U.S. District Court
By CCarter Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| v. ) | |
| ) | Case No 11-M-6163-01-KGG |
| EDGAR BECERRA-ACHONDO; ) | |
| FEDERICO RAGAZZONE; ) | FILED UNDER SEAL |
| MIGUEL SERRANO A/K/A LUIS MEZA-LAZOS, ) | |
| and ARNULFO GARCIA ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

### COUNT 1

Beginning at a date unknown and ending on or about August 24, 2011, in the District of Kansas and elsewhere, the defendants,

**EDGAR BECERRA-ACHONDO,
FEDERICO RAGAZZONE
MIGUEL SERRANO a/k/a LUIS MEZA-LAZOS and
ARNULFO GARCIA,**

unlawfully, knowingly and intentionally combined, conspired, confederated, and agreed, with co-conspirators unindicted in this case, and with other persons known and unknown to the, to commit the following offense against the United States: to distribute more than 12 kilograms of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 841(a) and (b)(1)(A).

## COUNT 2

On or about August 20, 2010, in the District of Kansas and elsewhere, the defendant,

**EDGAR BECERRA-ACHONDO and**
**FEDERICO RAGAZZONE,**

with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, knowingly concealed more than $10,000 in currency and other monetary instruments in any conveyance, article of luggage, merchandise and other container, and transported and transferred and attempted to transport and transfer such currency and monetary instruments from a place within the United States to a place outside of the United States.

In violation of 31 United States Code § 5332 (a)(1) and (b); and 18 United States Code § 2.

Continued on the attached sheet and made a part hereof: X Yes ☐ No

_____
ERIK B. SMITH
Special Agent
Drug Enforcement Administration


SUBSCRIBED TO AND SWORN before me this 24th day of August, 2011

_____
HONORABLE KENNETH G. GALE
United States Magistrate Judge
District of Kansas

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDGAR BECERRA-ACHONDO; )<br>FEDERICO RAGAZZONE; )<br>MIGUEL SERRANO, a/k/a Luis Meza-Lazos, )<br>and ARNULFO GARCIA )<br>)<br>Defendants. ) | CRIMINAL ACTION<br><br>Case No 11-M-6143-01-KGG<br><br>FILED UNDER SEAL |

## AFFIDAVIT OF ERIK B. SMITH

Erik B. Smith, having been duly sworn, states the following:

1. I have been employed as a Special Agent with the Drug Enforcement Administration since August 2002 and was initially was assigned to the Chicago Field Division - Minneapolis-St. Paul District Office in Minneapolis, Minnesota. In April 2008, I transferred to the St. Louis Field Division - Wichita Resident Office in Wichita, Kansas. During my employment with DEA, I have initiated and participated in several investigations related to the distribution of controlled substances. Prior to my employment with the DEA, I was a Deputy with the Sedgwick County Sheriff's Department in Kansas since 1993. While holding the rank of detective between 1998 and 2000, I was assigned to the DEA State and Local Task Force in Wichita, Kansas.

2. I have attended and successfully completed the Drug Enforcement Administration's sixteen-week Basic Agent School in Quantico, Virginia.

This training dealt with federal drug and money-laundering investigations. I have been assigned numerous local and interstate narcotics investigations that relate to the importation, sale, distribution, and possession of controlled substances. Many of these investigations have resulted in the arrest and conviction of several defendants on state and federal drug trafficking violations.

3. This affidavit is being submitted in support of an application for a complaint warrant against following defendants:

   a. **Edgar BECERRA-Achondo**; for Conspiracy to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841 and 846; and Bulk Cash Smuggling, in violation of Title 31, United States Code, Section 5332;

   b. **Federico RAGAZZONE**; for Conspiracy to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841 and 846; and Bulk Cash Smuggling, in violation of Title 31, United States Code, Section 5332;

   c. **Miguel SERRANO, a.k.a. LUIS Arturo MEZA-Lazos, a.k.a. TOTO, a.k.a. TATO**; for Conspiracy to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841 and 846;

   d. **Arnulfo GARCIA**; for Conspiracy to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841 and 846.

## BACKGROUND OF INVESTIGATION

4. On June 3, 2011, United States District Court Judge Wesley E. Brown signed an order authorizing the interception of wire communications over Target Telephone #7, 913-208-7288, used by Edgar BECERRA-Achondo. Interception of wire and electronic communications commenced that date.

5. On 6/6/11 at 1:10pm (Call #397), BECERRA spoke with a name tentatively identified as "LUIS". LUIS asked, "Did you finish?" BECERRA replied, "I'm working on it buddy...just the new one...it is uglier. They are coming out badly, buddy. Some of them are good...the test is not coming out." Affiant believed that a shipment of cocaine had just arrived, and that BECERRA was inspecting the quality of the shipment before selling it to customers. Affiant also knows, based on surveillance that during this telephone call BECERRA was with Arnulfo GARCIA at GARCIA'S residence located at 3120 W. 9th in Wichita, Kansas. The belief that they were unpacking and testing cocaine was borne out in later telephone calls, (i.e., #555 on 6/8/11) that GARCIA helped to unpack 12 kilograms that cost $27,000 each.

6. On 6/6/11 at 9:56pm (Call #456), BECERRA spoke with LUIS again. LUIS asked, "How are we doing, well?" BECERRA said, "Yes, very well." LUIS said, "I hope we are because I don't want to owe...Finish up going over the numbers and we are going to get ready for Tio's thing to go out tomorrow." Affiant believed that BECERRA had collected a large quantity of money and that it was supposed to be shipped to Mexico soon.

7. On 6/8/11 at 6:32pm (Call #578-580), BECERRA spoke with LUIS again. LUIS said, "There were 12, so put 300 minus 6…equals 294…add 20…it's 314…that is what needs to go out." Affiant believed, based upon training and experience related to the prices of controlled substances, that there were 12 kilograms of cocaine sold for $300,000. $6,000 has already been collected and deposited; $20,000 was just collected, so $314,000 needed to be packaged and shipped to Mexico.

8. On 6/8/11 at 10:42pm (Call #642), BECERRA spoke with Arnulfo GARCIA. BECERRA said that he was at the house working, writing down some numbers because "Rico" was leaving in the morning. BECERRA then asked, "Did you put all of that together for me or not yet?" Affiant believes that BECERRA was inquiring as to whether GARCIA had accumulated money for the sale of cocaine; money which needed to be shipped back to Mexico.

9. On 6/9/11 at 8:39am (Call #647), BECERRA spoke with LUIS again. LUIS said, "I want you to be working on the truck, ok?" BECERRA said, "I finished packaging up and I'm doing that right now on the truck…I already finished one and I'm working on the second one so that I can cover it up. It's taking a while because the thing doesn't want to dry well." LUIS said, "Remember to not leave any prints on there, alright?" Affiant believed that BECERRA was packaging money into after-market false compartments under the truck. This belief was also supported by the observation of BECERRA working underneath a gold Chevrolet Colorado truck parked in his driveway at 3404 W. 2nd in Wichita, KS subsequent to this conversation.

10. On 6/9/11 at 12:40pm (Call #656), Arnulfo GARCIA called BECERRA and said that he was on his way to BECERRA'S house with money. Surveillance agents observed GARCIA arrive a short time later, and have an extensive conversation with BECERRA next to the gold Chevy Colorado that BECERRA was packing with money.

11. On 6/9/11 at 2:11pm (Call #664), BECERRA again spoke with LUIS. LUIS said, "Almost ready?...I already called Rico and he said he is ready as well." Affiant believed that LUIS arranged with Federico RAGAZZONE to drive the vehicle packaged with money, because the truck BECERRA was working on in his driveway was registered to Federico RAGAZZONE.

12. On 6/9/11 at 3:46pm (Call #675), BECERRA spoke with LUIS. LUIS said, "By this weekend, by Sunday, we are going to get about 5...I think it will be on Sunday morning. Find someone that can pick them up, because that's going to arrive on a bus...the kind that are on the highway. Affiant believes that LUIS was discussing the impending shipment of an additional quantity of cocaine, to be transported to Wichita, KS.

13. Shortly after 3:00pm on June 9, 2011 surveillance agents observed a Hispanic female arrive at BECERRA'S house in a silver Ford Expedition and drop off a Hispanic male. The Ford Expedition was registered to Federico RAGAZZONE.

14. Approximately 30 minutes later, agents followed the man (later identified as RAGAZZONE) as he left BECERRA'S house driving the gold Chevy Colorado. Agents continued to follow RAGAZZONE for the next several hours as he traveled west on US-54 towards Oklahoma.

15. Meanwhile, BECERRA spoke again with LUIS, and said that "Rico" left about 5 minutes earlier. LUIS inquired as to whether BECERRA placed a "ticket" in the window of the truck. Affiant believes, based upon physical evidence found in the truck later that night that the "ticket" referred to a temporary vehicle permit authorizing the operation of a vehicle in Mexico. Affiant believes that the use of this permit indicates that the vehicle was intended to be driven into Mexico. Additionally, Affiant believes that LUIS was directing that the money be delivered to him. LUIS was using a Mexico phone, and a review of his telephone toll records indicated that his telephone was not operating inside the United States during the interception of the above listed calls. Finally, a query of border crossing records maintained by Department of Homeland Security indices revealed that RAGAZZONE entered the United States in Santa Theresa, NM on 4/2/11; again on 5/2/11; again on 5/15/11; and in El Paso, TX on 6/1/11. RAGAZZONE was driving this same vehicle on 4/2/11 and on 5/15/11.

16. At approximately 9:45pm, RAGAZZONE called BECERRA to inform him that he was returning to Wichita because he was carrying an expired insurance card. At this time, surveillance agents were following RAGAZZONE back eastbound towards Wichita on US-54 from Meade.

17. Shortly thereafter, a Sedgwick County Sheriff's Deputy was instructed by Affiant to conduct a traffic stop on the gold Chevrolet Colorado truck. A subsequent search of the vehicle led to the discovery of $311,715 in U.S. currency concealed within the frame rails of the truck. The driver and registered owner of the truck, identified as Federico RAGAZZONE, denied knowledge of the money and waived any interest in the money. RAGAZZONE was released at approximately 1:00am on June 10, 2011. BECERRA'S use of Target Telephone #7 was discontinued within hours.

18. On July 28, 2011 United States District Court Judge Wesley E. Brown signed an order authorizing the interception of wire communications over Target Telephone #8, 316-761-6610, also used by Edgar BECERRA-Achondo. Interception of wire and electronic communications commenced that date.

19. On July 19, 2011 at 4:20pm (Call #93), BECERRA received a call from an unidentified Spanish speaking male referred to only as "TOTO" (also interpreted as "TATO"), who was using a Mexico-based IMSI. TOTO said, "Lagartija told me that the guy [Chinillo – slang for Chino, or Chinese] would always have for one…he said the truth is that he only owed 1,200…" BECERRA replied, "No, he does owe…they were telling me that he owes 17 and Chicanillo owes 16,700." Affiant believes that during this call, TOTO explained to BECERRA that he (TOTO) had been talking to an associate about an Asian customer in Wichita, and how much money he owed and that BECERRA clarified that the Asian still owed $1,200 but that another customer owed $16,700. Later in this call, BECERRA said, "…because on

the truck I told you about, there were 102 of yours and what was loose right here…I don't know what LUIS…well, what I sent over there" Affiant believes this comment referred to the $311,715 that was seized on June 9, 2011 and that $102,000 of that money belonged to TOTO. At the end of this call, TOTO said, "Call that fucking buddy of yours, Chino (also a nickname for an Asian male), and tell him if he wants to work, to pay that fucking money and not to act stupid." BECERRA replied, "I'll go and see them here. Just tell them it will be at the same place as always; they know where…I'll then send it to you or take it there." Affiant believes that BECERRA was agreeing to collect outstanding drug debts for cocaine delivered to Chino and transfer the money to TOTO.

20. Affiant knows that when taking this call in context with previous calls intercepted over Target Telephone #7 that BECERRA and LUIS had at least four conversation (#555, 609, 620, and 633) about the money shipment and about how a portion of the money belonged to "TOTO"; therefore TOTO was owed for a quantity of cocaine.

21. On July 31, 2011 calls were intercepted which indicated that BECERRA was going to meet with TOTO at a local department store. Affiant and other agents located BECERRA as he met with TOTO at the Burlington Coat Factory in west Wichita. Agents conducted surveillance as they drove to a shopping mall in east Wichita. After an extended period of time, a patrol officer was called to stop TOTO'S vehicle and make a positive identification

of him (TOTO was identified as LUIS Arturo MEZA-LAZOS, a.k.a. Miguel SERRANO).

22. On 8/1/11 (Call #252-259), TOTO called BECERRA and said, "I'm going to return. We're going to have work around there Thursday." BECERRA replied, "Sounds good. I'll wait for you here then…All set, TOTO, I'm here." TOTO then said, "Call me 'Turris' on the phone. Stop calling me by that nickname because I'm burned…it's that the police pulled us over. Nobody followed you….did dude go to the house?" Affiant believes that TOTO was telling BECERRA that there will be a supply of cocaine available by Thursday (August 4, 2011) but in the meantime, not to call him by name on the telephone due to the traffic stop where he was positively identified on July 31, 2011. Further, the context of the call reveals that TOTO was concerned that the police may have followed BECERRA to his residence at 3404 W. 2nd in Wichita, KS.

23. On 8/2/11 (Call #275) TOTO told BECERRA, "I'm on my way back…did you tell your buddy to get ready?" BECERRA said, "We are ready." TOTO said, "It looks like I have to pay the guy $15,000 as soon as I arrive…you could come, bring the money, you take that stuff and I pay the guy." Affiant believes that TOTO is revealing a plan to pay for a shipment of cocaine upon its arrival into Wichita within the following 48 hours.

24. On 8/3/11 (Call #8-279) BECERRA called Arnulfo GARCIA and asked, "How much paper do you have over there…because I need like $10,000 because I have to give it to the guy that is bringing that…otherwise he is not

going to leave those that are coming." GARCIA said, "I will try to collect that by Thursday." Affiant believes that GARCIA is the "buddy" that TOTO was referring to in Call #275, and that GARCIA was going to help collect the required down-payment for the cocaine shipment.

25. Later that evening (Call #297) BECERRA spoke with TOTO and said, "I was able to get 10, from what you asked me...he is going to lend us that money only to do the deal, that's all." Later at night (Call #304) TOTO told BECERRA, "The thing will be kind of early. Affiant believes that TOTO'S shipment was supposed to be available for delivery early Thursday morning on 8/4/11 and that the money needs to be ready.

26. On 8/4/11, calls were intercepted indicating that TOTO cancelled the delivery of cocaine to BECERRA for unknown reasons.

WHEREFORE, Affiant has probable cause to believe, and does believe, that the above listed defendants committed the offenses enumerated in paragraphs 3a through 3d, respectively, and requests that a complaint warrant be issued authorizing their arrest.

FURTHER AFFIANT SAITH NOT.

ERIK B. SMITH
Special Agent
Drug Enforcement Administration

SUBSCRIBED TO AND SWORN before me this 24th day of August, 2011.

KENNETH G. GALE
United States Magistrate Judge
District of Kansas