IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 11-__10178__ -01-06- __MLB__ |
| | ) | |
| **EDGAR FRANCISCO MARTIN** | ) | |
| **DELCAMPO ESPARZA** | ) | |
| a/k/a EDGAR BECERRA-ACHONDO; | ) | |
| **LUIS MORENO-HERNANDEZ** | ) | |
| **FEDERICO RAGAZZONE;** | ) | |
| **LUIS MEZA-LAZOS;** | ) | |
| a/k/a MIGUEL SERRANO | ) | |
| a/k/a TATO | ) | |
| a/k/a TOTO | ) | |
| **ARNULFO GARCIA;** | ) | |
| **JUAN LUIS PEREZ-OLIVAREZ** | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or between October 10, 2010, and August 31, 2011 in the District of Kansas

and elsewhere, the defendants,

**EDGAR FRANCISCO MARTIN DELCAMPO ESPARZA**
**a/k/a Edgar Becerra-Achondo,**
**LUIS MORENO-HERNANDEZ,**
**FEDERICO RAGAZZONE,**
**LUIS MEZA-LAZOS**
**a/k/a Miguel Serrano a/k/a Tato a/k/a Toto,**
**ARNULFO GARCIA**,
**and JUAN LUIS PEREZ-OLIVAREZ,**

unlawfully, knowingly and intentionally combined, conspired, confederated, and agreed, with co-conspirators unindicted in this case, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute more than 5 kilograms of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 841(a) and (b)(1)(A).

## COUNT 2

On or about June 9, 2011, in the District of Kansas and elsewhere, the defendants,

**EDGAR FRANCISCO MARTIN DELCAMPO ESPARZA**
a/k/a Edgar Becerra-Achondo,
**LUIS MORENO-HERNANDEZ,**
**FEDERICO RAGAZZONE**,
and **LUIS MEZA-LAZOS**
a/k/a Miguel Serrano a/k/a Tato a/k/a Toto,

with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, knowingly concealed more than $10,000 in currency and other monetary instruments in any conveyance, article of luggage, merchandise and other container, and transported and transferred and attempted to transport and transfer such currency and monetary instruments from a place within the United States to a place outside of the United States.

In violation of Title 31 United States Code § 5332 (a)(1) and (b); and 18 United States Code § 2.

## COUNT 3

On or about June 9, 2011, in the District of Kansas and elsewhere, the defendants,

**EDGAR FRANCISCO MARTIN DELCAMPO ESPARZA**
a/k/a Edgar Becerra-Achondo,
**LUIS MORENO-HERNANDEZ,**
**FEDERICO RAGAZZONE**,
and **LUIS MEZA-LAZOS**
a/k/a Miguel Serrano a/k/a Tato a/k/a Toto,

did transport, transfer and attempt to transport, and transfer monetary instruments, to wit: United States Currency, from a place in the United States, to wit: the State of Kansas, to a place outside the United States, to wit: Mexico, knowing that the United States Currency involved in the transportation represented the proceeds of some form of unlawful activity and knowing that such transportation was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, to wit: possession with the intent to distribute cocaine.

In violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

## COUNTS 4 - 11

On or between August 4, 2011, and August 21, 2011 in the District of Kansas and elsewhere, the defendants,

**EDGAR FRANCISCO MARTIN DELCAMPO ESPARZA**
a/k/a Edgar Becerra-Achondo,
**LUIS MEZA-LAZOS**
a/k/a Miguel Serrano a/k/a Tato a/k/a Toto,
and **JUAN LUIS PEREZ-OLIVAREZ,**

did knowingly and intentionally use any communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841, that is, the offense set forth in Count One of this indictment and incorporated by reference herein, in the following communications:

| Count | Date | Call No. | Line | Time | Participants |
|---|---|---|---|---|---|
| 4 | 8/4/11 | 309 | 316-761-5058 | 11:16 | Del Campo / Meza |
| 5 | 8/4/11 | 338 | 316-761-5058 | 12:00 | Del Campo / Perez |
| 6 | 8/4/11 | 341 | 316-761-5058 | 12:59 | Del Campo / Meza |
| 7 | 8/4/11 | 350 | 316-761-5058 | 14:31 | Del Campo /Perez |
| 8 | 8/4/11 | 351 | 316-761-5058 | 15:08 | Del Campo /Perez |
| 9 | 8/4/11 | 353 | 316-761-5058 | 15:37 | Del Campo / Perez |
| 10 | 8/21/11 | 587 | 316-761-5058 | 14:50 | Del Campo /Perez |
| 11 | 8/21/11 | 603 | 316-761-5058 | 14:56 | Del Campo / Perez |

In violation of Title 21, United States Code, Section 843(b).

## COUNT 12

On or about August 25, 2011, in the District of Kansas, the defendant,

**ARNULFO GARCIA**,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Taurus, .45 caliber, semi-automatic handgun, Serial Number SYF04072, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 13

On or about August 25, 2011, in the District of Kansas, the defendant,

**ARNULFO GARCIA**,

did unlawfully, knowingly, and intentionally possess with the intent to distribute more than five hundred (500) grams of a substance or mixture containing a detectable amount of Cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION

1.      The allegations contained in Counts 1-11 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982, Title 21, United States Code, Section 853, and Title 31, United States Code, Section 5332.

2.      Upon conviction of an offense in violation of Title 21, United States Code, Section 846, the defendants,

**EDGAR FRANCISCO MARTIN DELCAMPO ESPARZA**
**a/k/a Edgar Becerra-Achondo,**
**LUIS MORENO-HERNANDEZ,**
**FEDERICO RAGAZZONE,**
**and LUIS MEZA-LAZOS**
**a/k/a Miguel Serrano a/k/a Tato a/k/a Toto,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.  The property to be forfeited includes, but is not limited to, the following:

    A.   Approximately $311,715.00 in United States currency seized from Federico Ragazzone on or about June 9, 2011.

3.      Pursuant to Title 31, United States Code, Section 5332, upon conviction of an offense in violation of Title 31, United States Code, Section 5332 as set out in Count 2, and pursuant to Title 18, United States Code, Section 982, upon conviction of an offense in violation of Title 18, United States Code, Section 1956 as set out in Count 3, the defendants,

**EDGAR FRANCISCO MARTIN DELCAMPO ESPARZA**
**a/k/a Edgar Becerra-Achondo,**
**LUIS MORENO-HERNANDEZ,**
**FEDERICO RAGAZZONE,**
**and LUIS MEZA-LAZOS**
**a/k/a Miguel Serrano a/k/a Tato a/k/a Toto,**

shall forfeit to the United States of America all property, real or personal, involved in the offense and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

> A.  Approximately $311,715.00 in United States currency seized from Federico Ragazzone on or about June 9, 2011.

If any of the property described above, as a result of any act or omission of the defendants:
> A.  cannot be located upon the exercise of due diligence;
> B.  has been transferred or sold to, or deposited with, a third party;
> C.  has been placed beyond the jurisdiction of the court;
> D.  has been substantially diminished in value; or
> E.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All in violation of Title 18, United States Code, Section 982, Title 21, United States Code, Section 853, and Title 31, United States Code, Section 5332.

4.     Upon conviction of the offense in Count Twelve, the defendant, **ARNULFO GARCIA**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

   A.  a Taurus, .45 caliber, semi-automatic handgun, Serial Number SYF04072;

  All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

                A TRUE BILL

 September 13, 2011          s/Foreperson
DATE                  FOREMAN OF THE GRAND JURY


 /s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (fax)
barry.grissom@usdoj.gov
KS. S. Ct. No. 10866

(It is requested that trial be held in Wichita, Kansas.)