Prob 12B (7/93)
(D/KS 01/13)

PACTS# 28248

# United States District Court
## for the
## District of Kansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Case Number:  **1083 6:11CR10178-003**

Name of Offender:  **Federico  Ragazzone**

Name of Sentencing Judicial Officer:  Honorable Monti L. Belot

Date of Original Sentence:  08/06/2012

Original Offense:  International Money Laundering, in violation of 18 U.S.C. § 1956(a)(2)(B)(I)

Original Sentence:   Imprisonment - 12 months and 1 day
  Supervised Release - 2 years

Type of Supervision:  TSR                              Date Supervision Commenced:  07/29/2013

## PETITIONING THE COURT

☐  To extend the term of supervision for years, for a total term of years.
☒  To modify the conditions of supervision as follows:

**The defendant shall reside at a residential re-entry center program, in the community corrections component allowing for work release, for up to 180 days, at the direction of the U.S. Probation Officer.  The defendant shall comply with the policies and procedures of the residential re-entry center program, including any requirement to wear an electronic monitoring device, which may include Global Positioning System and/or Random Tracking, and follow electronic monitoring procedures specified by the residential re-entry center program.**

## CAUSE

Mr. Ragazzone has submitted positive specimens for THC on 09/06/2013, 09/11/2013, 09/13/2013, 09/15/2013, 09/17/2013 and 03/10/2014.  He submitted a positive specimen for cocaine on 03/07/2014 and 03/16/2014.  A Breathalyzer test on 03/16/2014 tested positive for alcohol, registering a .026 on both tests completed.   Mr. Ragazzone acknowledged use of the illegal drugs and alcohol. *For the purposes of applying the provisions of 18 U.S.C. § 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12 month period), the defendant's has submitted eight positive samples. If the Court finds that the positive drug test(s) constitutes possession of a controlled substance the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment.  18 U.S.C. § 3565(b), 3583(g).  The Court shall also consider whether the availability of appropriate substance abuse programs or the offender's current or past participation in such programs, warrants an exception from the requirement of mandatory revocation and imprisonment under 18 U.S.C. § 3565(b) 3583(g).  18 U.S.C. §3563(a), 3583(d).  U.S. v Hammonds, 371 F. 3d 1032 (10th Cir. 2004).*

Prob 12B -2-
*Name of Offender: Federico Ragazzone*          Case Number: 1083 6:11CR10178-003

Upon his admission of Marijuana use in September 2013, he stated he needed to return to outpatient substance abuse treatment. It should be noted during his pretrial supervision, Mr. Ragazzone was provided with inpatient substance abuse treatment followed by outpatient treatment prior to his sentence of incarceration. Arrangements were made for outpatient substance abuse services at DCCCA Options, with the stipulation that due to budgetary issues, he would be required to share in the costs of treatment by making a monthly copayment of $75. Mr. Ragazzone agreed to this requirement. He was admitted to outpatient on 09/16/2013.

Mr. Ragazzone failed to make his monthly copayment as agreed. Further while participating in treatment at Options, Mr. Ragazzone acknowledged the use of Marijuana, Cocaine and alcohol. Contact with the treatment facility, DCCCA Options requests services be discontinued citing his drug use while in treatment and his lack of effort in applying his treatment program.

The probation office is not recommending revocation of supervision at this time, but a modification of his conditions of supervision. Mr. Ragazzone is in agreement with public law placement at the federal halfway house and did sign a waiver of hearing to modify his conditions of supervision. Placement at the federal halfway house will allow Mr. Ragazzone to maintain his current employment, allowing him to assist in the financial support of his family. In addition, it will assist in closely monitoring his substance use. Further it will provide a deterrent from continued violations of his conditions of supervision and hopefully decrease risk to himself and others as a result of his ongoing drug use. If the Court concurs, this report shall document the Court's consideration and finding that the availability of appropriate substance abuse treatment programs and/or the offender's current or past participation in such programs, warrants an exception to the mandatory revocation as provided by United States Sentencing Commission guidelines from the rule of 18 U.S.C. § 3583(g) when considering any action against a defendant who fails a drug test.

Respectfully submitted,

by *Lynn A. Harris* (signature)
Lynn A. Harris
U.S. Probation Officer
Date: 03/28/2014

Approved:

*Bill Martin* (signature)
Bill Martin, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other:

s/Monti Belot
Signature of Judicial Officer

3/31/2014
Date

```
Lynn--please tell Ragazonne that this is his last chance.  If he fails
another test or fails to comply with the rules @ the reentry center,
it's back to prison.
```

Prob 12B                                                          -3-
*Name of Offender:  Federico  Ragazzone*                          *Case Number:  1083 6:11CR10178-003*

cc:  AUSA