Prob 12C (12/04)  
(D/KS 11/16)

PACTS# 28248

# United States District Court
## for the
## District of Kansas

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Federico Ragazzone**     Case Number:  **1083 6:11CR10178-003**

Sentencing Judicial Officer:  Honorable Monti L. Belot, U.S. District Judge  
Reassigned Judicial Officer:  Honorable J. Thomas Marten, Chief U.S. District Judge

Date of Original Sentence:  08/06/2012

Original Offense:   Money Laundering - Controlled Substance; Sell/distr/dispense

Original Sentence:  366 Days Prison, 24 Months Supervised Release

Type of Supervision: TSR                    Date Supervision Commenced:  08/18/2016  
Asst. U.S. Attorney:  Aaron Smith              Defense Attorney:  Unassigned

### PETITIONING THE COURT

☒ To issue a warrant  
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| **1** | **Mandatory Condition: The defendant shall not commit another federal, state or local crime.** |
| | On November 24, 2014, the defendant was arrested by Sedgwick County Sheriff Officers for Driving Under the Influence, DUI.  He plead guilty on September 25, 2016 to DUI and No Valid DL.  On November 1, 2016, the defendant was sentenced to one year probation with the 18th Judicial District- Adult Probation, Case No. 15TR4631. |
| **2** | **Special Condition #1: The defendant shall successfully participate in an approved program for substance abuse, which may include urine, breath, or sweat patch testing, outpatient and/or residential treatment, and share in the costs, based on the ability to pay, as directed by the Probation Office. The defendant shall abstain from the use and possession of alcohol and other intoxicants during the term of supervision."** |

Prob 12C  -2-
*Name of Offender: Federico Ragazzone*   *Case Number: 1083 6:11CR10178-003*

>The defendant failed to report as directed for drug testing through code--phone procedures on September 25, 2016 and November 8, 2016.

**3**   **Mandatory Condition: The defendant shall not commit another federal, state or local crime.**

>On January 9, 2017, the defendant was arrested for Criminal Threat, Wichita Police Department Case No. 17C000241. The incident occurred on January 2, 2017.  In Sedgwick County District Court Case No. 2017-CR-000073-FE, the defendant waived preliminary, waived arraignment and entered a plea on January 27, 2017.  Sentencing is scheduled for March 10, 2017.  He is currently in custody in the Sedgwick County Jail.

<u>U.S. Probation Officer Recommendation:</u>

The term of supervision should be:

☒ Revoked
☐ Extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on:  02/02/2017

*(signature: Jamie McGonigle)*

by _____
Approved:                              Jamie L. McGonigle
                                       U.S. Probation Officer
*(signature: Chris McNiel)*
Chris S. McNiel, SUSPO

Prob  12C -3-
*Name of Offender:  Federico Ragazzone*                           *Case Number:  1083 6:11CR10178-003*

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☒ The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:

s/ J. Thomas Marten
Signature of Judicial Officer

February 3, 2017
Date